# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 21

In the Interest of R.S.

William Pryatel, M.D.,                                    Petitioner and Appellee

          v.

R.S.,                                                        Respondent and Appellant

## No. 20230010

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Cherie L. Clark, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, Special Assistant Attorney General, Jamestown, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of R.S.**
**No. 20230010**

**Per Curiam.**

[¶1]  R.S. appeals from the district court's continuing treatment order. He argues the finding he is mentally ill and a person requiring continuing treatment is not supported by clear and convincing evidence. We review the district court's findings under a more probing clearly erroneous standard. *Interest of Doe*, 2019 ND 23, ¶ 4, 921 N.W.2d 403. We conclude sufficient evidence existed for the district court to find R.S. is mentally ill and is a person requiring continuing treatment. We affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]    Jon J. Jensen, C.J.
         Daniel J. Crothers
         Lisa Fair McEvers
         Jerod E. Tufte
         Douglas A. Bahr